In the Matter of CHARLES O. NORSTRAND against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of JOHN J. WARD against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of WILLIAM BARTOW against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.- Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of CHARLES J. FALK against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of EDMUND F. KONRADY against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.